IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC., a California Corporation, | No. C 04-02822 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DAVID E. SAUMA, | |
| Defendant. | |

Plaintiff IO Group, Inc. has taken the default of defendant Sauma, and has been awarded total damages against defendant in the amount of $267,000. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 2, 2005

SUSAN ILLSTON
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC., a California Corporation, | No. C 04-02822 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DAVID E. SAUMA, | |
| Defendant. / | |

Plaintiff IO Group, Inc. has taken the default of defendant Sauma, and has been awarded total damages against defendant in the amount of $267,000. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 2, 2005

SUSAN ILLSTON
United States District Judge